United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>KEVIN BRYANT,<br>               Plaintiff. | Case No. 21-cv-00411-EMC<br><br>**ORDER OF DISMISSAL** |

Kevin Bryant, an inmate at the High Desert State Prison, sent to the Court a letter expressing dissatisfaction with conditions at that prison and at the California State Prison in Lancaster. In an effort to protect his rights, a new action was opened and the letter was filed on January 15, 2021. On January 19, 2021, Mr. Bryant was informed that he had not filed a complaint, and was notified that he had 28 days to do so or the action would be dismissed. Docket No. 2. The Clerk also sent a notice that Mr. Bryant that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and notified him that that he had 28 days to either pay the fee or file the application or the action would be dismissed. Docket No. 3. Mr. Bryant did not file a complaint or file an *in forma pauperis* application or pay the fee, and the deadline by which to

///

///

///

///

///

///

1  do so has passed.  This action therefore is **DISMISSED** without prejudice for failure to file a
2  pleading showing the Court has subject matter jurisdiction.  The Clerk shall close the file.

4  **IT IS SO ORDERED**.

6  Dated: March 23, 2021

_____
EDWARD M. CHEN
United States District Judge